ORDERED UNSEALED on 2/15/2023    s/ judep

SEALED

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

            Plaintiff,

      v.

DARRELL DAVIS,

           Defendant.

MAGISTRATE CASE NO: '23 MJ00134

COMPLAINT FOR VIOLATION OF:

Title 18, U.S.C., Sec. 1591: Sex Trafficking through force, fraud, or coercion

     The undersigned Complainant, being duly sworn, states:

## COUNT 1

     On or between December 30, 2022 to on or between January 10, 2023, within the Southern District of California and elsewhere, Defendant Darrell DAVIS, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person (AF1), knowingly and in reckless disregard of the fact that means of force, threats of force and coercion and would be caused to engage in a commercial sex act; in violation of Title, United States Code, Section 1591(a) and (b)(1).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Aron Marcellus
Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 13th day of January 2023.

_____
HON. WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE

2

## PROBABLE CAUSE STATEMENT

I am a Special Agent (SA) employed by the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I am a graduate of the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia and I have been employed as a SA since September 2017. I have been trained to conduct criminal investigations for multiple violations of federal and state laws including, but not limited to alien smuggling and narcotics smuggling, human trafficking, weapons trafficking, and organized criminal activity. Since October 2019, I have been assigned to the San Diego Human Trafficking Task Force (HTTF) where I have participated in investigations involving the exploitation of children and adults for illicit commercial sex activity, human trafficking, forced labor, various illegal activities of criminal gang members and have performed a variety of related investigative tasks. As relevant to the Complaint, I have been working with members of the HTTF to conduct an investigation into Darrell DAVIS and his sex trafficking of an 18-year-old adult female (AF1) and a 20-year-old adult female (AF2) in San Diego and elsewhere.

On January 10, 2023, an 18-year-old female (AF1) contacted the San Diego Police Department (SDPD) and advised she was a victim of human trafficking. AF1 advised SDPD that she had been forcefully sex trafficked by Darrell DAVIS (aka "Benzo"), from Sacramento, CA to San Diego, CA. SDPD contacted the HTTF, who responded to the scene and assumed the investigation.

HTTF investigators interviewed AF1. The interview was audio/video recorded in its entirety, via Body Worn Camera (BWC). The below statement is a synopsis and is not intended to take the place of the recording. Refer to the BWC recording for AF1's verbatim statement:

AF1 met DAVIS in March of 2022, when she was 17 years old. AF1 was introduced to DAVIS by two unknown female prostitutes, at which time she learned he

was a "pimp"[1].  Upon contact, DAVIS and AF1 had sexual intercourse and he explained his rules as her pimp.  Some of the rules included a $1,000 daily quota, no talking to other pimps, and AF1 was required to work six days per week.  DAVIS also required AF1 to give him all of her prostitution earnings and to delete her cell phone messages in order to avoid law enforcement.

AF1 worked as a prostitute for DAVIS from March until sometime in May of 2022.  During that timeframe, DAVIS transported AF1 to the "blade"[2] in Oakland, CA several times.  While on the blade in Oakland, DAVIS would often supervise AF1 and collect her earnings after each prostitution date.  AF1 eventually decided she no longer wanted to work as a prostitute for DAVIS because he had become verbally abusive and did not live up to his promises.  AF1 subsequently blocked DAVIS's phone number and social media accounts.

AF1 did not have contact with DAVIS until sometime around Christmas in December of 2022, when she received a friend request via social media.  The request was sent from DAVIS's social media account. AF1 reached out to DAVIS via text message and inquired why he had sent her a friend request.  DAVIS then began to "finesse"[3] AF1 to work for him as a prostitute again, to which she declined.

_____

[1] Based on my training and experience, I know a "Pimp" to be a person who controls and financially benefits from the commercial sexual exploitation of another person. The relationship can be abusive and possessive, with the pimp using techniques such as psychological intimidation, manipulation, starvation, rape and/or gang rape, physical abuse, confinement, threats of violence toward the victim's family, forced drug use, and the shame from these acts to keep the sexually exploited person under control.

[2] Based on my training and experience, I know a blade, track, or stroll as a geographical area known for prostitution activity, where prostitutes gather to be solicited by those seeking to exchange sex for money.

[3] Based on my training and experience, I know "finesse" as a term used to describe the way in which a sex trafficker uses his charisma and flaunts his accessories, attire, money, jewelry etc. to lure and to recruit victims based off his supposed lavish lifestyle.

4

A couple days after rekindling communication with DAVIS, AF1 was involved in a vehicle collision with a 20-year female (AF2).  The vehicle in which AF1 crashed, belonged to AF2.  At the time of the collision, AF2 was working for DAVIS as a prostitute.

AF1 advised AF2 that she would pay her for the vehicle damages.  However, due to AF2 working for DAVIS, AF1 had to pay DAVIS for the damages.  AF1 subsequently called DAVIS, who agreed to pay for the vehicle damage.  DAVIS estimated the damages would cost $2,300, which AF1 agreed to pay with earnings from her job at Amazon.  DAVIS refused to accept AF1's Amazon earnings and demanded she work off her debt by way of prostitution.  AF1 had previously seen DAVIS become physically abusive towards women and feared he would hurt her if she refused to fulfill his demand.  Additionally, DAVIS knew where AF1 lived, and she feared he would retaliate against her if she did not agree.  AF1 then began to work for DAVIS as a prostitute once again.

On December 28, 2022, DAVIS transported AF1 to San Diego, CA for the means of sex trafficking.  While en route to San Diego, DAVIS and AF1 spent one night in Salinas, CA and two nights in Los Angeles, CA, both of which she worked as a prostitute under DAVIS's direction.  While in San Diego, DAVIS made AF1 an online sex advertisement on "Megapersonals.com".  Using a law enforcement search tool, I located AF1's advertisement on Megapersonals.com, which was posted on December 30th, 2022.  This was consistent with AF1's statement and the timeframe in which she was in San Diego.  AF1 believes she left San Diego with DAVIS sometime around the 31st of December and returned to Sacramento.

On January 6, 2022, DAVIS transported AF1 and AF2 to San Diego for the purpose of sex trafficking.  During this trip, DAVIS was also accompanied by his 21-year-old friend, identified as J.B..  All four adults stayed at the Hotel Milagro in the Chula Vista, CA.  This was later confirmed with a hotel registry check, in which AF2's identification card was used to rent the room.  During their stay in Chula Vista, DAVIS transported AF1 and AF2 to the "blade", where he would standby as security and to

collect money after each prostitution date.  AF1 advised DAVIS was in possession of a black and brown handgun, which he commonly kept on his person.

While in San Diego, AF1 kept track of her debt owed to DAVIS for the vehicle damage.  AF1 earned $2,300 from her prostitution dates, which was all given to DAVIS. Although AF1 had earned the agreed debt amount, DAVIS began to increase the amount for no apparent reason.  This made AF1 feel trapped and that she had to continue to work for DAVIS.

On January 10, 2022, AF1 advised DAVIS that she no longer wanted to work for him as a prostitute.  DAVIS became enraged, told AF1 she was not going to leave, and struck her in the face with his hand.  AF1 had visible redness to the side of her face, further corroborating her statement.  Due to DAVIS's physical violence and fear of further abuse, AF1 agreed to stay with him and return to the blade.  Once AF1 returned to the blade, she contacted SDPD and was given a ride to the police station.

AF1 gave investigators consent to search her cell phone.  Within AF1's cell phone, Investigators located electronic evidence corroborating her statement.   Below is an example of the electronic evidence obtained:

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28





Based on my training and experience, as well as my discussions with other law enforcement officers experienced in human trafficking investigations, I know that the language used by DAVIS and AF1 in the above text message exchanges is indicative of individuals who are involved in commercial sex.

Based on my training and experience, I know "trick" as a slang term used to describe a sex buyer (*noun*), or to describe the commission of a prostitution act (*verb*). A victim is said to be "with a trick" or "turning a trick."

DAVIS and AF1 mention a "date" within their message exchange. Based on my training and experience, I know a "date" to be a term used to describe the exchange when prostitution takes place, or the activity of prostitution. Within the sex trafficking subculture, a victim is commonly said to be "on a date" or "with a date."

Within the message exchange, DAVIS tells AF1 she is, "fagging off". Based on my training and experience, I know the term "fagging off" as a term used within the sex trafficking subculture to describe the behavior of a prostitute who disobeys their trafficker and is attempting to leave.

On January 11, 2023, HTTF contacted DAVIS outside of Hotel Milagro, where he was taken into custody. HTTF contacted the occupants of DAVIS's hotel room, where they were met by AF2 and J.B. Both AF2 and J.B. gave investigators consent to search the hotel room. Additionally, J.B. was determined to have an active Fourth amendment waiver.

During a search of the hotel room, investigators located a loaded non-serialized handgun. The handgun was black and brown, consistent with AF1's statement.

During a post Miranda interview with J.B., he corroborated AF1's statement and stated that DAVIS transported AF1 and AF2 to San Diego for the purposes of commercial sex trafficking. J.B. also told investigators that the firearm located in the hotel room belonged to DAVIS, which he used as protection while engaged in sex trafficking of AF1 and AF2.

During an interview with AF2, she stated that she was in an intimate dating relationship with DAVIS for approximately one month prior to police contact. AF2 would not speak about DAVIS, but gave investigators consent to search her cell phone. During a search of AF2's cell phone, investigators discovered text message threads and photos indicative of individuals involved in commercial sex.

Investigators located online commercial sex advertisements for AF2 on Megapersonals.com. The advertisements were posted on or between December 15, 2022, to January 11, 2023. This was consistent with the timeframe AF2 advised she was with DAVIS. Some of the advertisements were posted in Arizona and Texas. During a search of DAVIS's hotel room, investigators located a receipt for food purchased in Dallas, TX in January. The date of the receipt was consistent with the timeframe AF2's commercial sex advertisement was posted in Texas.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may endanger the safety of individuals in the community, cause destruction of evidence, and have a negative impact on this continuing investigation.