# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23-MJ-00134-WVG-JLS |
|---|---|
| v. | DETENTION ORDER |
| DARRELL DAVIS, | |
| Defendant. | |

Pursuant to the Motion Hearing regarding the United States' bond appeal on March 10, 2023, and in accordance with section 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. § 3141 *et seq.*), the Court determines that defendant DARRELL DAVIS should be held in custody pending trial on the grounds that he is a flight risk and danger to the community. At the Motion Hearing, Assistant United States Attorneys Derek Ko and Lyndzie M. Carter appeared on behalf of the United States and attorney Holly Sullivan of Federal Defenders appeared on behalf of Defendant.

Based on the evidence proffered by the United States, the evidence proffered by the defense and the complaint, the Court concludes the following: the Government met its burden to demonstrate by a preponderance of the evidence that Defendant is a flight risk and met its burden by clear and convincing evidence that Defendant is a danger to the community, and that there is no condition or combination of conditions that will reasonably assure Defendant's appearance.

//

//

## I.
## FINDINGS OF FACT

A.   *Nature and Circumstances of the Offense Charged, 18 U.S.C. § 3142(g)(1)*

    1.   Defendant is charged in a complaint with one count of Sex Trafficking through force, fraud, or coercion, in violation of 18 U.S.C. § 1591.

    2.   If convicted of this charge, Defendant faces a mandatory minimum term of incarceration of 15 years and up to life in prison. Accordingly, the nature and circumstances of this offense weighs in favor of detention and that Defendant is a danger to the community.

B.   *Weight of the Evidence Against Defendant, 18 U.S.C. § 3142(g)(2)*

    Although this factor is to be given the least weight, there is probable cause to believe Defendant committed the charged offense, which favors detention.

C.   *History and Characteristics of Defendant, 18 U.S.C. § 3142(g)(3)*

    1.   Defendant has prior criminal history for failure to appear in his home jurisdiction. Additionally, Defendant is alleged to have committed the charged offense while on probation for an offense in yet another jurisdiction.

    2.   While Defendant has strong family support in his home jurisdiction, he has no ties to the Southern District of California. Furthermore, Defendant has failed to appear previously for other offenses in both his home jurisdiction and another jurisdiction with the same family support.

## II.
## CONCLUSIONS REGARDING DETENTION

Based on the factors set forth in 18 U.S.C. § 3142(g), the Government has satisfied its burden of demonstrating that Defendant is a flight risk and a danger to the community, and that no condition or combination of conditions will reasonably assure the appearance of Defendant at future court proceedings in this case.

//
//
//

## III.

## ORDER

IT IS HEREBY ORDERED that Defendant be detained pending trial in this matter.

IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney General or the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by counsel for the defense and for the United States.

THIS ORDER IS ENTERED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated:  March 13, 2023

Hon. Janis L. Sammartino
United States District Judge